IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RODERICK D GOSTON,

    Plaintiff,

v.                                                                             CASE NO. 1:10-cv-00039-MP-AK

JOHN BOSTICK, TONY JONES, MOSES ROCHELLE,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Motion for Reconsideration by Roderick D. Goston, Doc. 13.  On March 10th, 2010, Mr. Goston sued the defendants, alleging illegality in a search and seizure performed in January of 2005.  This Court dismissed the lawsuit with prejudice, Doc. 10, explaining both that Mr. Goston had failed to state a claim by not explaining at all why he believed the search and seizure to be illegal, and that the lawsuit was barred by the statute of limitations.

    "Petitioner concedes that the Court is correct on both points reguarding [sic] petitioner lacked what was illegal about the search, and the statute of 4 year limitation."  Doc. 13.  Mr. Goston argues, however, that he can prove that he first learned of Defendant's Bostick's improper activity within the four-year statute of limitations (the circumstances of Mr. Bostick's resignation from the Gainesville Police Department having been published in newspapers in 2008), and that he would like to prove that Defendant Bostick's improper activity relates to and supports his claim of a violation of his civil rights.  This Court, however, cannot speculate as to whether a complaint may have stated a claim or defeated a statute of limitations bar had it been

written differently or included more or different allegations.

If the violation of Mr. Gaston's civil rights occurred in 2005 as he alleged, his cause of action accrued then and his claim is barred by the statute of limitations. Mr. Goston essentially admits that he has no theory of how Mr. Bostick's improper activity while a member of the Gainesville Police Department related to the search and seizure he challenges in this lawsuit. This Court will not grant a toll of the statue of limitations so that a plaintiff may embark on a fishing expedition to connect a defendant's seemingly unrelated wrongdoing to an insufficiently specifically described allegation of a civil rights violation. Accordingly, the Motion for Reconsideration, Doc. 13, is DENIED.

**DONE AND ORDERED** this __10th__ day of May, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge